UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD C. BACHMAN, | ) | 1:06-cv-01013 OWW WMW PC |
| Plaintiff, | ) ) | ORDER RE MOTIONS FOR MARSHAL SERVICE |
| v. | ) ) | (DOCUMENT #11, 12) |
| J.R. MENDOZA, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2007 and August 14, 2007, plaintiff filed motions requesting the marshal effect service on the named defendants. Pending before the court is plaintiff's first amended complaint which has not yet been screened by the court. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for marshal service is premature and is DENIED as moot.

IT IS SO ORDERED.

Dated: __August 24, 2007__      /s/ William M. Wunderlich
                               UNITED STATES MAGISTRATE JUDGE