IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD BACHMAN,

      Plaintiff,                     CV F 06 1013 OWW WMW PC

    vs.                            FINDINGS AND RECOMMENDATION

J. R. MENDOZA, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      By order filed April 10, 2008, the court issued an order dismissing the operative complaint for failure to state a claim as to Defendants Cruz and Speidel and granting Plaintiff leave to file an amended complaint within thirty days.  Plaintiff has not filed an amended complaint.

      In the April 10, 2008, order the court informed Plaintiff of the deficiencies in his complaint, and dismissed the complaint as to Defendants Cruz and Speidel on the ground that Plaintiff had failed to state a claim upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the court recommends dismissal of defendants Cruz and Speidel prejudice for failure to state a federal claim upon which the court could grant relief.  See Noll v.

1

1  Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and
2  opportunity to amend prior to dismissing for failure to state a claim).
3          Accordingly, IT IS HEREBY RECOMMENDED that Defendans Cruz and
4  Speidel be dismissed.
5          These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
7  twenty days after being served with these findings and recommendations, plaintiff may file
8  written objections with the court.  Such a document should be captioned "Objections to
9  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
10 objections within the specified time waives all objections to the judge's findings of fact.  See
11 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).

15 IT IS SO ORDERED.
16 **Dated:   May 12, 2008**              /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE