IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD BACHMAN,

       Plaintiff,                       CV F 06 1013 OWW   WMW   PC

  vs.                                 ORDER FINDING COMPLAINT
                                        STATES A COLORABLE CLAIM
                                        AND DIRECTING PLAINTIFF
                                        TO COMPLETE USM 285 FORMS

J. R. MENDOZA,

       Defendant.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Mendoza for excessive force in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

     1.     Service is appropriate for the following defendants:

              J. R. MENDOZA

     2.     The Clerk of the Court shall send to plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and

1

1    a copy of the first amended complaint filed September 20, 2006.

2    3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the
3         attached Notice of Submission of Documents and submit the completed Notice to
4         the court with the following documents:
5         a.   Completed summons;
6         b.   One completed USM-285 form for each defendant listed above; and
7         c.   Two copies of the endorsed first amended complaint filed September 20,
8              2006.
9    4.   Plaintiff need not attempt service on defendants and need not request waiver of
10        service. Upon receipt of the above-described documents, the court will direct the
11        United States Marshal to serve the above-named defendants pursuant to Federal
12        Rule of Civil Procedure 4 without payment of costs.
13   5.   <u>The failure to comply with this order will result in a recommendation that this
14        action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **May 12, 2008**              /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE